AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

ELVA GARCIA,

                Plaintiff,

             v.

CINTAS CORPORATION NO. 3,

                Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-12-3064-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant pursuant to the Order Granting Cintas Corporation's Motion for Summary Judgment entered on April 12, 2013, ECF No. 50.

4/12/2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas